IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANGEL REESE, § | |
|     Plaintiff, § | |
| § | |
| v. § | No. 3:24-CV-2496-N-BW |
| § | |
| DALLAS COUNTY MARSHALLS, § | |
|     Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's requests for extensions of time to pay the applicable filing and administrative fees, and the state court form containing unexplained inconsistencies regarding the plaintiff's finances, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and based on the plaintiff's subsequent filings, the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), received on October 4, 2024 (Dkt. No. 4), is **DENIED**. To the extent the plaintiff seeks any additional relief by the state court form received on February 10, 2025 (Dkt. No. 12), such relief is also **DENIED**.

The plaintiff shall pay the $405.00 filing and administrative fees on or before March 17, 2025, or this action will be **DISMISSED** without prejudice and without further notice by separate judgment.

**SO ORDERED** this 13th day of March, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE