IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGEL ABIGAIL REESE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-2496-N-BW |
| | § | |
| DALLAS COUNTY MARSHALLS | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, Plaintiff's Motion to Reopen Case and Request Relief from Judgment and Motion to Reopen Case, both filed on September 15, 2026, are DENIED.

SO ORDERED this 19th day of October, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE